## RICHARD SMYTH
### v.
## PHILIP SARGENT

### 1811

#### JOURNAL ENTRIES

1. Declaration filed; plea; issue; jurors; verdict . *Journal, infra,* *p. 363
2. Witness fees allowed . . . . . . . . . . . " 365

#### PAPERS IN FILE

1. Copy of J. P. record . . . . . . . . . . . .
2. Subpoena for William McDowell Scott . . . . . . . .
3. Precipe for subpoena . . . . . . . . . . . .
4. Subpoena for Benjamin Chittenden and John Gentle . . . . . .

5. Subpoena for Silas Clop, Nathaniel R. Thomas and Uriah Brady . . . . . . . . . . . .
6. Subpoena for Joseph Weaver and Joseph Brown . . . . . . . .
7. Declaration; plea . . . . . . . . . . *Printed in Vol. 2*